**In re Susan Marie HARRIS, Debtor.**

**Susan Marie Harris, Plaintiff,**

v.

**Ben–Ezra & Katz, P.A., LPS Default Solutions, Inc. & Lender Processing Services, Inc., Defendants.**

**Bankruptcy No. 08–30376–LMK.
Adversary No. 11–03021–LMK.**

United States Bankruptcy Court,
N.D. Florida,
Pensacola Division.

Oct. 3, 2011.

Sharon T. Sperling, Esq., Gainesville, FL, for Debtor.

Tripp Scott, PA, Ft. Lauderdale, FL, for VT Inc.

Leigh D. Hart, Esq., Tallahassee, FL, for Trustee.

*ORDER GRANTING DEFENDANTS' MOTION TO STRIKE AND DENYING PLAINTIFF'S ALTERNATIVE MOTION TO DISMISS*

LEWIS M. KILLIAN, JR., Bankruptcy Judge.

This matter came before the Court on the LPS Defendants' motion to strike Plaintiff's notice of voluntary dismissal and alternative motion for leave to dismiss voluntarily pursuant to Federal Rule of Civil Procedure 41(a)(2). After due consideration of the record and pleadings, the Court finds that the Defendants' motion to strike is due to be granted, the Plaintiff's notice of dismissal stricken, and the Plaintiff's alternative motion for leave to dismiss denied. It is hereby

**ORDERED** that the LPS Defendants' motion to strike Plaintiff's notice of voluntary dismissal is **GRANTED,** and the Plaintiff's notice of voluntary dismissal is **STRICKEN;** and it is further

**ORDERED** that the Plaintiff's alternative motion for leave to dismiss voluntarily pursuant to Federal Rule of Civil Procedure Rule 41(a)(2) is **DENIED.**

DONE and ORDERED.